Rev. 12/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

**IN RE:** Jack Glasser

Debtor(s)

**Bankruptcy No:** 22-30244
**Chapter:** 7

# AMENDMENT COVER SHEET

**Schedules and Statements Amended (check all that apply):**
- ☐ **Voluntary Petition (describe change)**_____
- ☑ **Summary of Assets and Liabilities and Certain Statistical Information**
- ☐ **Schedule A/B – Property**
- ☐ **Schedule C – The Property You Claim as Exempt**
- ☐ **Schedule D – Creditors Who Hold Claims Secured By Property**
- ☑ **Schedule E/F – Creditors Who Have Unsecured Claims**
- ☐ **Schedule G – Executory Contracts and Unexpired Leases**
- ☐ **Schedule H – Codebtors**
- ☐ **Schedule I – Your Income**
- ☐ **Schedule J – Your Expenses**
- ☐ **Declaration Concerning Schedules**
- ☐ **Statement of Financial Affairs**
- ☐ **Attorney's Disclosure of Compensation**
- ☐ **Statement of Intention for Individuals Filing Under Chapter 7**
- ☐ **Statement of Current Monthly Income**
- ☐ **Other** _____

**If amending schedules D or E/F, the amendment is to:**
- ☑ **Add new creditor(s)** *(Notice to Creditor(s) of Amended Schedule(s)* **must be served and filed)**

- ☐ **Correct or delete information**

**Describe changes made:**
**(Examples:  Added or Reclassified Creditor "X"; Add or modified exempt property "X")**
Add State of North Dakota/Office of Attorney General to list of creditors, inadvertently omitted.

## DECLARATION

I certify under penalty of perjury that the foregoing is true and correct, and that the attached amendments
are true and correct.

DATED: _8/15/22_                    Signature _____
                                                                    **Debtor1**

                                                    _____
                                                                    **Debtor2**

AMENDED

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jack A. Glasser |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | District of North Dakota |
| Case number | 22-30244 |
| | (If known) |

☑ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................... $ 0.00

   1b. Copy line 62, Total personal property, from *Schedule A/B*......................................... $ 20,087.50

   1c. Copy line 63, Total of all property on *Schedule A/B*................................................... $ 20,087.50

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*............ $ 8,604.91

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.......................................... $ 117,263.32

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...................................... + $ 3,938,339.61

   **Your total liabilities**    $ 4,064,207.84

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ...................................................... $ 0.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ...................................................... $ 1,379.89

AMENDED

Debtor 1    Jack Glasser

First Name    Middle Name    Last Name

Case number *(if known)*    22-30244

---

## Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   | | Total claim |
   |---|---|
   | **From Part 4 on *Schedule E/F*, copy the following:** | |
   | 9a. Domestic support obligations (Copy line 6a.) | $_____ |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
   | 9d. Student loans. (Copy line 6f.) | $_____ |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
   | 9g. **Total.** Add lines 9a through 9f. | $_____ |

AMENDED

**Fill in this information to identify your case:**

Debtor 1   Jack A. Glasser
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:   District of North Dakota

Case number   22-30244
(if know)

☑ Check if this is
an amended
filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:   List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Internal Revenue Service
Priority Creditor's Name

Centralized Insolvency Operation
Number   Street

P O Box 7346

Philadelphia PA   19101-7346
City   State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?**
941 & Withholding Taxes; Glasser Images, LLC

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim: $ 116,000.00
Priority amount: $ 116,000.00
Nonpriority amount: $ 0.00

Debtor   Jack A. Glasser
_____
         First Name   Middle Name   Last Name

Case 22-30244   Doc 5   Filed 08/15/22   Entered 08/15/22 11:54:16   Desc Main
Case number (if known) 22-30244
Document   Page 5 of 25

AMENDED

| 2.2 | | |
|---|---|---|
| **ND Office Of State Tax Commissioner** | Last 4 digits of account number __ __ __ __ | $ 1,263.32  $ 1,263.32  $ 0.00 |
| Priority Creditor's Name | | Glasser Images, State Withholding |
| 600 E Boulevard Ave Dept 127 | When was the debt incurred? __Tax__ | |

Number   Street
Bismarck ND   58505-0602
City   State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify _____

---

**Part 2:**   List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
- [ ] No. You have nothing else to report in this part. Submit to the court with your other schedules.
- [x] Yes. Fill in all of the information below.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | | |
|---|---|---|
| **Advantage Platform Services, Inc.** | Last 4 digits of account number  9427 | $ 30,000.00 |
| Nonpriority Creditor's Name | When was the debt incurred?  12/02/2020 | |
| **Advantage Capital Funding** | | |

Number   Street
104 E 25th Street, 10th Floor
New York NY   10010
City   State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Performance Guaranty for Glasser Images, LLC

| 4.2 | | |
|---|---|---|
| **AJ Equity Group, LLC** | Last 4 digits of account number __ __ __ __ | $ 200,000.00 |
| Nonpriority Creditor's Name | When was the debt incurred? _____ | |
| 1648 61st St. | | |

Number   Street
Brooklyn NY   11204
City   State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Performance Guaranty for Glasser Images, LLC

Debtor   Jack A. Glasser
_____
First Name    Middle Name    Last Name

Case 22-30244   Doc 5   Filed 08/15/22   Entered 08/15/22 11:54:16   Desc Main
Document   Page 6 of 25

Case number (if known) 22-30244

AMENDED

| 4.3 | Alexander Bates | Last 4 digits of account number  35-2021-SC-00005 | $ 4,961.45 |

**Nonpriority Creditor's Name**

Jazlyn Brossart
Number    Street
301 Justin Street

Wolford ND    58385
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Obligation of Glasser Images, LLC

---

| 4.4 | Apple Card/GS Bank Usa | Last 4 digits of account number  1178 | $ 4,791.00 |

**Nonpriority Creditor's Name**

PO Box 7247
Number    Street
Philadelphia PA    19170
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**  2019

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

---

| 4.5 | Bank Of North Dakota | Last 4 digits of account number  1007 | $ 1,723.00 |

**Nonpriority Creditor's Name**

Student Loans
Number    Street
PO Box 5536

Bismarck ND    58506-5509
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**  2007

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

| 4.6 | Bank Of North Dakota | Last 4 digits of account number  1008 | $ 1,550.00 |
|---|---|---|---|

**Bank Of North Dakota**
Nonpriority Creditor's Name

**700 E Main Ave**
Number    Street

**Bismarck ND    58501**
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  1008
**When was the debt incurred?**  2008

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

$ 1,550.00

---

| 4.7 | Bank Of North Dakota | Last 4 digits of account number  1006 | $ 3,347.00 |

**Bank Of North Dakota**
Nonpriority Creditor's Name

**Student Loans**
Number    Street

**PO Box 5536**

**Bismarck ND    58506-5509**
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  1006
**When was the debt incurred?**  2007

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

$ 3,347.00

---

| 4.8 | Barclays Bank Delaware | Last 4 digits of account number  6216 | $ 13,332.00 |

**Barclays Bank Delaware**
Nonpriority Creditor's Name

**PO Box 8803**
Number    Street

**Wilmington DE    19899**
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  6216
**When was the debt incurred?**  2013

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 13,332.00

| 4.9 | Best Buy Credit Services | | Last 4 digits of account number 7507 | | $ 4,500.00 |

**Best Buy Credit Services**
Nonpriority Creditor's Name

PO Box 790441
Number        Street

St. Louis        MO        63179-0000
City        State        ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 7507
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 4,500.00

---

| 4.10 | Bravera Bank | | Last 4 digits of account number 1047 | | $ 4,000.00 |

**Bravera Bank**
Nonpriority Creditor's Name

320 N. 4th St.
Number        Street

Bismarck        ND        58501
City        State        ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 1047
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 4,000.00

---

| 4.11 | Bravera Bank | | Last 4 digits of account number 8961 | | $ 418.00 |

**Bravera Bank**
Nonpriority Creditor's Name

320 N. 4th St.
Number        Street

Bismarck        ND        58501
City        State        ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 8961
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Monies Loaned / Advanced

$ 418.00

Debtor    Jack A. Glasser                                                                    Case number (if known) 22-30244    AMENDED
          First Name    Middle Name    Last Name

---

| 4.12 | Bravera Bank | | Last 4 digits of account number  1032 | | $ 12,000.00 |

**Bravera Bank**
Nonpriority Creditor's Name

**When was the debt incurred?** _____

320 N. 4th St.
Number      Street

Bismarck ND    58501
City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Glasser Images Credit Card

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.13 | Capital One | | Last 4 digits of account number  8629 | | $ 8,388.00 |

**Capital One**
Nonpriority Creditor's Name

**When was the debt incurred?**  2017

PO Box 31293
Number      Street

Salt Lake City UT    84131
City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Expenses - Glasser Images, LLC

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.14 | Capital One | | Last 4 digits of account number  1797 | | $ 723.00 |

**Capital One**
Nonpriority Creditor's Name

**When was the debt incurred?**  2020

PO Box 31293
Number      Street

Salt Lake City UT    84131
City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Expenses - Glasser Images, LLC

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    Jack A. Glasser
         First Name   Middle Name   Last Name

Case 22-30244    Doc 5    Filed 08/15/22    Entered 08/15/22 11:54:16    Desc Main
                      Document       Page 10 of 25

Case number (if known) 22-30244

AMENDED

**4.15**

Capital One
Nonpriority Creditor's Name

PO Box 31293
Number    Street

Salt Lake City UT    84131
City         State   ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 8562

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Expenses - Glasser Images, LLC

$ 2,456.00

---

**4.16**

Capital One/Williams Sonoma
Nonpriority Creditor's Name

Attn: Correspondence/Bankruptcy
Number    Street

PO Box 30285

Salt Lake City UT    84130-0000
City         State   ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 6101

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 5,300.00

---

**4.17**

Cedar Advance, LLC
Nonpriority Creditor's Name

2917 Avenue I
Number    Street

Brooklyn NY    11210
City         State   ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** 05/03/2021

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Performance Guaranty for Glasser Images, LLC

$ 60,000.00

| 4.18 | Christopher Alan Meier | | Last 4 digits of account number  45-2021-SC-00050 | | $ 0.00 |
|------|------------------------|--|---------------------------------------------------|--|--------|

**4.18** Christopher Alan Meier
Nonpriority Creditor's Name

1079 Donna Lane
Number    Street

Dickinson ND    58601
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  45-2021-SC-00050
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Obligation of Glasser Images, LLC

$ 0.00

---

**4.19** Comenity - Restoration Hardware
Nonpriority Creditor's Name

PO BOX 650018
Number    Street

Dallas TX    75265-0018
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 9,821.00

---

**4.20** David P. Borlaug
Nonpriority Creditor's Name

1523 E. Ave C.
Number    Street

Bismarck ND    58501
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** 01/10/2021

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Loan for Glasser Images

$ 0.00

Debtor   Jack A. Glasser
         First Name   Middle Name   Last Name

Case 22-30244   Doc 5   Filed 08/15/22   Entered 08/15/22 11:54:16   Desc Main
Case number (if known) 22-30244

AMENDED

Document   Page 12 of 25

| 4.21 | Douglass Mahowald | | $ 20,000.00 |
|---|---|---|---|

**Douglass Mahowald**
Nonpriority Creditor's Name

3407 Chisholm Trail
Number   Street

Bismarck ND   58503
City   State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** 06/06/2021

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Loan for Glasser Images

$ 20,000.00

---

| 4.22 | First Western Bank and Trust | | $ 1,093,724.38 |
|---|---|---|---|

**First Western Bank and Trust**
Nonpriority Creditor's Name

304 E. Front Ave.
Number   Street

Bismarck ND   58504
City   State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 30-2021-CV-01131
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Personal Guaranty - Glasser Images, LLC

$ 1,093,724.38

---

| 4.23 | Five Star Storage - Legacy | | $ 250.13 |
|---|---|---|---|

**Five Star Storage - Legacy**
Nonpriority Creditor's Name

3320 Hamilton St. #6
Number   Street

Bismarck ND   58503
City   State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Deficiency Balance

$ 250.13

Debtor    Jack A. Glasser                                          Case number (if known) 22-30244    AMENDED
          First Name    Middle Name    Last Name

| 4.24 | FNB Omaha/Scheels Visa | Last 4 digits of account number  2835 | $ 3,388.00 |

**4.24**

FNB Omaha/Scheels Visa
Nonpriority Creditor's Name

PO Box 2557
Number    Street

Omaha NE    68103-2557
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  2835
**When was the debt incurred?**  2022

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 3,388.00

---

**4.25**

FNB Omaha/Scheels Visa
Nonpriority Creditor's Name

PO Box 2557
Number    Street

Omaha NE    68103-2557
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  6854
**When was the debt incurred?**  2022

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 3,192.00

---

**4.26**

Fora Financial Advance, LLC
Nonpriority Creditor's Name

Attn: Legal Department
Number    Street

519 Eighth Avenue, 11th Floor

New York NY    10018
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  615615/2021
**When was the debt incurred?**  01/29/2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Performance Guaranty for Glasser Images, LLC

$ 50,226.70

| 4.27 | Forward Financing, LLC | Last 4 digits of account number _____ | $ 2,075.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

Attn: Brian LeBlanc, Esq.

Number    Street

**As of the date you file, the claim is:** Check all that apply.

53 State Street, 20th Floor

☐ Contingent
☐ Unliquidated
☐ Disputed

Boston MA    02109

City    State    ZIP Code

**Type of NONPRIORITY unsecured claim:**

**Who owes the debt?** Check one.

☐ Student loans

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Arbitrator Fees RE: Glasser Images, LLC

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.28 | Forward Financing, LLC | Last 4 digits of account number _____ | $ 69,625.45 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

Attn: Brian LeBlanc, Esq.

Number    Street

**As of the date you file, the claim is:** Check all that apply.

53 State Street, 20th Floor

☐ Contingent
☐ Unliquidated
☐ Disputed

Boston MA    02109

City    State    ZIP Code

**Type of NONPRIORITY unsecured claim:**

**Who owes the debt?** Check one.

☐ Student loans

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal Guaranty - Glasser Images, LLC

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.29 | Fox Capital Group, Inc. | Last 4 digits of account number _____ | $ 72,234.16 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

140 Broadway 46th Floor

Number    Street

**As of the date you file, the claim is:** Check all that apply.

New York NY    10005

☐ Contingent
☐ Unliquidated
☐ Disputed

City    State    ZIP Code

**Type of NONPRIORITY unsecured claim:**

**Who owes the debt?** Check one.

☐ Student loans

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Performance Guaranty for Glasser Images, LLC

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    Jack A. Glasser

First Name    Middle Name    Last Name

Case number (if known) 22-30244

AMENDED

---

| 4.30 | Gulch Holdings II, LLC | Last 4 digits of account number  08-2021-CV-02018 | $ 25,059.00 |
|------|------------------------|---------------------------------------------------|-------------|

**Gulch Holdings II, LLC**
Nonpriority Creditor's Name

6140 Ponderosa Ave.
Number    Street

Bismarck ND    58503-9156
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  08-2021-CV-02018
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal Guaranty - Glasser Images, LLC

$ 25,059.00

---

| 4.31 | Higher Education Servicing Corporation | Last 4 digits of account number  0102 | $ 2,606.00 |
|------|----------------------------------------|---------------------------------------|------------|

**Higher Education Servicing Corporation**
Nonpriority Creditor's Name

1250 E Copeland Road Ste 200
Number    Street

Arlington TX    76011
City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  0102
**When was the debt incurred?**  2007

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

$ 2,606.00

---

| 4.32 | Higher Education Servicing Corporation | Last 4 digits of account number  0104 | $ 1,925.00 |
|------|----------------------------------------|---------------------------------------|------------|

**Higher Education Servicing Corporation**
Nonpriority Creditor's Name

1250 E Copeland Road Ste 200
Number    Street

Arlington TX    76011
City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  0104
**When was the debt incurred?**  2008

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

$ 1,925.00

---

Debtor   Jack A. Glasser
First Name   Middle Name   Last Name

Case number (if known) 22-30244

Case 22-30244   Doc 5   Filed 08/15/22   Entered 08/15/22 11:54:10   Desc Main
Document   Page 16 of 25

AMENDED

---

| 4.33 | **Higher Education Servicing Corporation** | **Last 4 digits of account number** 0101 | $ 563.00 |

Nonpriority Creditor's Name

**When was the debt incurred?** 2007

1250 E Copeland Road Ste 200
Number    Street

**As of the date you file, the claim is:** Check all that apply.

Arlington TX    76011
City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.34 | **Higher Education Servicing Corporation** | **Last 4 digits of account number** 0103 | $ 4,330.00 |

Nonpriority Creditor's Name

**When was the debt incurred?** 2008

1250 E Copeland Road Ste 200
Number    Street

**As of the date you file, the claim is:** Check all that apply.

Arlington TX    76011
City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.35 | **James Knudsen** | **Last 4 digits of account number** | $ 60,000.00 |

Nonpriority Creditor's Name

**When was the debt incurred?** 09/23/2021

3818 Poseidon Loop
Number    Street

**As of the date you file, the claim is:** Check all that apply.

Bismarck ND    58504
City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Loan for Glasser Images

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    Jack A. Glasser
         First Name    Middle Name    Last Name

Case 22-30244    Doc 5    Filed 08/15/22    Entered 08/15/22 11:54:16    Desc Main
Case number (if known) 22-30244
Document    Page 17 of 25

AMENDED

| 4.36 | Jeff Glasser | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 20,600.00

5210 Prairiewood Drive
Number    Street

Bismarck ND    58504
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Loan for Glasser Images

---

| 4.37 | Joan Glasser | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 81,898.00

5210 Prairiewood Drive
Number    Street

Bismarck ND    58504
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Loan for Glasser Images

---

| 4.38 | JP Morgan Chase Bank Card | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |

**Last 4 digits of account number** 2125

**When was the debt incurred?** 2017

$ 33,783.00

PO Box 15298
Number    Street

Wilmington DE    19850
City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Expenses - Glasser Images, LLC

---

Debtor    Jack A. Glasser
First Name    Middle Name    Last Name

Case 22-30244    Doc 5    Filed 08/15/22    Entered 08/15/22 11:54:18    Desc Main
Document    Page 18 of 25

Case number (if known) 22-30244

AMENDED

| 4.39 | LG Funding, LLC | | | |

**LG Funding, LLC**
Nonpriority Creditor's Name

1218 Union Street
Number    Street
Brooklyn NY    11225
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** 11/18/2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Performance Guaranty for Glasser Images, LLC

$ 32,000.00

---

| 4.40 | Mary Ottinger | | | |

**Mary Ottinger**
Nonpriority Creditor's Name

2304 Canebrake Court
Number    Street
Augusta GA    30907
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** 06/28/2021

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Loan for Glasser Images

$ 30,000.00

---

| 4.41 | MB Financial Services | | | |

**MB Financial Services**
Nonpriority Creditor's Name

P.O. Box 961
Number    Street
Roanoke TX    76262
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 2001
**When was the debt incurred?** 2021

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Deficiency Balance

$ 10,261.00

Debtor    Jack A. Glasser
         First Name    Middle Name    Last Name

Case 22-30244    Doc 5    Filed 08/15/22    Entered 08/15/22 11:54:10    Desc Main
Document    Page 19 of 25

Case number (if known) 22-30244

AMENDED

### 4.42 Messiahic, Inc.
Nonpriority Creditor's Name

d/b/a PayJunction
Number    Street
1903 State Street

Santa Barbara CA    93101
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 30-2022-CV-00209
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Personal Guaranty - Glasser Images, LLC

$ 977,241.14

### 4.43 Montana Dakota Utilities Company
Nonpriority Creditor's Name

1200 West Century Avenue
Number    Street
Legal Department

Bismarck ND    58503-0911
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Utilities

$ 400.00

### 4.44 North Dakota Development Fund
Nonpriority Creditor's Name

PO Box 2057
Number    Street
Bismarck ND    58502
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  For Glasser Images, LLC

$ 150,000.00

Debtor    Jack A. Glasser
First Name    Middle Name    Last Name

Case number (if known) 22-30244

Case 22-30244    Doc 5    Filed 08/15/22    Entered 08/15/22 11:54:16    Desc Main
Document    Page 20 of 25

AMENDED

| 4.45 | Queen Funding, LLC | $ 15,000.00 |

Nonpriority Creditor's Name

101 Chase Ave. Suite 108
Number    Street
Lakewood NJ    08701
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** 07/26/2021

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Performance Guaranty for Glasser Images, LLC

| 4.46 | Scott Russell | $ 57,655.20 |

Nonpriority Creditor's Name

3317 Bay Shore Bend SE
Number    Street
Mandan ND    58554
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 08-2021-CV-02325
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Loan for Glasser Images

| 4.47 | Seabrook Funding, Inc. | $ 97,442.00 |

Nonpriority Creditor's Name

220 Faraday Ave.
Number    Street
Jackson NJ    08527
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** 09/13/2021

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Performance Guaranty for Glasser Images, LLC

| 4.48 | | |
|---|---|---|

**Small Business Administration**
Nonpriority Creditor's Name

409 3rd Street SW
Number   Street

Washington DC    20416-0000
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 7410
**When was the debt incurred?** 07/31/2021

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Personal Guaranty - Glasser Images, LLC

$ 523,450.00

---

| 4.49 | | |
|---|---|---|

**State of North Dakota**
Nonpriority Creditor's Name

Office of Attorney General
Number   Street

600 E. Boulevard Ave. Dept. 127

Bismarck ND    58505-0040
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Litigation re: Glasser Images

$ Unknown

---

| 4.50 | | |
|---|---|---|

**Stephanie Thorp, CPA**
Nonpriority Creditor's Name

HagaKommer
Number   Street

840 43rd Ave. NE Suite 100

Bismarck ND    58503
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Accounting Services for Glasser Services

$ 2,000.00

Debtor 1    Jack A. Glasser

First Name    Middle Name    Last Name

Case number (if known) 22-30244

Case 22-30244    Doc 5    Filed 08/15/22    Entered 08/15/22 11:54:16    Desc Main
Document    Page 22 of 25

AMENDED

| 4.51 | Swift Financial, LLC | Last 4 digits of account number __ __ __ __ | $ 125,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? 11/12/2019

LoanBuilder Business Loans

Number    Street

3505 Silverside Rd.

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Wilmington DE    19810

City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Personal Guaranty - Glasser Images, LLC

---

| 4.52 | Synchrony Bank/Venmo | Last 4 digits of account number __ __ __ __ | $ 5,100.00 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____

Po Box 965033

Number    Street

Orlando FL    32896-5033

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Credit Card Debt

---

| 4.53 | VW Credit | Last 4 digits of account number 4566 | $ Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? 2021

2333 Waukegan Rd

Number    Street

Deerfield IL    60015

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Deficiency Balance

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

American Arbitration Association

Creditor's Name

1301 Atwood Ave. Suite 211N

Number    Street

Johnston RI    02919

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.27 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

**Last 4 digits of account number** __ __ __ __

Debtor    Jack A. Glasser
          First Name    Middle Name    Last Name

Case 22-30244    Doc 5    Filed 08/15/22    Entered 08/15/22 11:54:16    Desc Main
Document    Page 23 of 25

Case number *(if known)* 22-30244

AMENDED

| | |
|---|---|
| Bakke Grinolds Wiederholt<br>Creditor's Name<br>Attn: Shawn A. Grinolds<br>Number    Street<br>PO Box 4247<br>Bismarck ND    58502-4247<br>City    State    ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line 4.30 of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** |
| Berkovitch & Bouskila, PLLC<br>Creditor's Name<br>80 Broad St. Suite 3303<br>Number    Street<br>New York NY    10004<br>City    State    ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line 4.2 of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** |
| Berly D. Nelson<br>Creditor's Name<br>Serkland Law Firm<br>Number    Street<br>PO Box 6017<br>Fargo ND    58108-6017<br>City    State    ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line 4.42 of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** |
| DCI Credit Services, Inc.<br>Creditor's Name<br>PO Box 1347<br>Number    Street<br>Dickinson ND    58601<br>City    State    ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line 4.11 of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** |
| Empire Recovery<br>Creditor's Name<br>10 W. 37th St. 6E<br>Number    Street<br>New York NY    10018<br>City    State    ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line 4.47 of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** |
| First Western Bank & Trust<br>Creditor's Name<br>900 South Broadway<br>Number    Street<br>PO Box 1090<br>Minot ND    58702-1090<br>City    State    ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line 4.22 of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** |
| Fox Business Funding<br>Creditor's Name<br>65 Broadway Suite 804<br>Number    Street<br>New York NY    10006<br>City    State    ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line 4.29 of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** |
| Joe Lieberman, Esq.<br>Creditor's Name<br>Lieberman and Klestzick, LLP<br>Number    Street<br>PO Box 356<br>Cedarhurst NY    11516<br>City    State    ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line 4.29 of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** |

Case 22-30244    Doc 5    Filed 08/15/22    Entered 08/15/22 11:54:16    Desc Main
Document    Page 24 of 25

Debtor    Jack A. Glassen
    First Name    Middle Name    Last Name

Case number (if known) 22-30244

AMENDED

National Disaster Loan Resolution Center
Creditor's Name

200 W. Santa Ana Blvd Ste 740
Number    Street

Santa Ana CA    92701
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.48 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Olson and Burns, P.C.
Creditor's Name

PO Box 1180
Number    Street

Minot  ND    58702-1180
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.22 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Rachael M. Hendrickson
Creditor's Name

PO Box 967
Number    Street

Rolla  ND    58367
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.3 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Robert W. Johnson, Esq.
Creditor's Name

The Johnson Law Office, P.C.
Number    Street

9118 Third Ave.

Brooklyn NY    11209
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.26 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Spring Oaks Capital, LLC
Creditor's Name

PO Box 1216
Number    Street

Chesapeake VA    23327
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.24 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Spring Oaks Capital, LLC
Creditor's Name

PO Box 1216
Number    Street

Chesapeake VA    23327
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.25 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Steven Zakharyayev, Esq.
Creditor's Name

10 W 37th Street, Room 602
Number    Street

New York NY    10018
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.47 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

United States Attorney
Creditor's Name

655 1st Ave N Ste 250
Number    Street

Fargo ND    58102-4932
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 2.1 of (Check one):

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

| United States Attorney | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Creditor's Name | |
| 655 1st Ave N Ste 250 | Line **4.48** of *(Check one):* |
| Number   Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Fargo   ND    58102-4932 | ☑ Part 2: Creditors with Nonpriority Unsecured |
| City   State   ZIP Code | Claims |
| | **Last 4 digits of account number** |

| Vogel Law Firm | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Creditor's Name | |
| 218 NP Avenue | Line **4.46** of *(Check one):* |
| Number   Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| PO Box 1389 | ☑ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| Fargo   ND    58107-1389 | |
| City   State   ZIP Code | **Last 4 digits of account number** |

---

**Part 4:**    Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
  Add the amounts for each type of unsecured claim.

|  |  | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 117,263.32 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 117,263.32 |

|  |  | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 16,044.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 3,922,295.61 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 3,938,339.61 |