# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Jack A. Glasser,<br><br>                                Debtor. | Case No: BK-22-30244<br>Chapter 7<br><br>MOTION TO APPEAR *PRO HAC VICE* OF KEITH C. OWENS |
| Messiahic, Inc. d/b/a PayJunction<br><br>                                Plaintiff,<br><br>vs.<br><br>Jack A. Glasser,<br><br>                                Defendant. | Adversary Proceeding No. 23-07006 |

Keith C. Owens, an attorney for Messiahic, Inc., d/b/a PayJunction, respectfully moves this Honorable Court pursuant to D.N.D. Gen. L.R. 1.3 and D.N.D. Bankr. L.R. 9010-2(B) for leave to appear pro hac vice in the above-captioned adversary proceeding and bankruptcy case (the "Motion").

In support of the Motion, I submit the following information for consideration by the Court:

| | |
|---|---|
| State of Residence: | California |
| Firm Name and Address: | Fox Rothschild LLP<br>10250 Constellation Boulevard, Suite 900<br>Los Angeles, CA  90067 |
| Office Telephone Number: | (310) 598-4150 |
| Office Email Address: | kowens@foxrothschild.com |
| Bar Admissions: | California State Bar No. 184841<br>U.S. District Court, Central District of California<br>Ninth Circuit Bankruptcy Panel<br>U.S. Supreme Court |
| Legal Training: | Law School:  Southwestern Univ SOL; Los Angeles CA<br><br>Extensive creditor and debtor representation in Chapter 11 and 7 bankruptcy proceedings and bankruptcy related litigation; representation of Official Committees of Unsecured Creditors; former law clerk to the Honorable Christopher M. Klein, |

145859147.1

|  | United States Bankruptcy Court for the Eastern District of California (recall status); former appellate law clerk to the Honorable John E. Ryan, United States Bankruptcy Appellate Panel of the Ninth Circuit (retired). |
|---|---|
| Prior Disciplinary Actions: | None |

I have read and reviewed the Local Rules of the United States Bankruptcy Court for the District of North Dakota and will submit to consent to the jurisdiction of the Court in matters of discipline and comply with the Local Rules.

I declare under penalty of perjury that the above information is true and correct to the best of my knowledge and belief, and respectfully request that the Motion be granted.

Dated:  May 17, 2023    /s/ Keith C. Owens

Keith C. Owens
Fox Rothschild LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, CA  90067
(310) 598-4150
Email: kowens@foxrothschild.com

145859147.1

## CERTIFICATE OF SERVICE

I, Kimberly Hoang, declare under penalty of perjury that on May 17, 2023, the Motion to Appear Pro Hac Vice of Keith C. Owens was served electronically by Notice of Electronic Filing upon all parties who have requested service in this case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota.

Dated: May 17, 2023              /s/ Kimberly Hoang

                                              Kimberly Hoang
                                              Fox Rothschild LLP
                                              10250 Constellation Boulevard, Suite 900
                                              Los Angeles, CA  90067

145859147.1